JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE, | Case No. ED CV 18-188-DMG (SHKx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| HOWARD L. HAMMONDS, *et al.*, | |
| Defendants. | |

On September 14, 2018, the Court granted summary judgment in favor of Defendants Howard L. Hammonds, Ladonna G. Hammonds, and Howard's Muffler and Hitch, Inc. ("Defendants") on Plaintiff Samuel Love's first cause of action under the Americans with Disabilities Act due to mootness.

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendants on Plaintiff's first cause of action under the Americans with Disabilities Act, which is dismissed without prejudice for lack of jurisdiction.

**IT IS SO ORDERED**.

DATED: September 14, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-